ACCEPTED
03-14-00629-CV
4776980
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/6/2015 4:04:16 PM
JEFFREY D. KYLE
CLERK

# BRIM, ARNETT & ROBINETT, P.C.

Jefferson K. Brim, III
Richard L. Arnett
Mark W. Robinett

**Attorneys at Law**
2525 Wallingwood Drive
Building 14
Austin, Texas 78746
(512) 328-0048
(512) 328-4814 (facsimile)

Norma J. Cantu
Corey E. Tanner
Brandon Y. Brim
Of Counsel

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/6/2015 4:04:16 PM
JEFFREY D. KYLE
Clerk

Writer's e-mail: mrobinett@brimarnett.com

April 6, 2015

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

> Re: No. 03-14-00629-CV; *Los Fresnos Independent School District and Michael L. Williams, Commissioner of Education v. Jorge Vazquez*

Dear Mr. Kyle:

It is my intention to argue the above referenced case before the court at 1:30p.m. on April 22, 2015.

Your attention to this matter is appreciated.

Sincerely,

Mark W. Robinett

MWR:rg

cc:   Stacy T. Castillo        (via e-mail)
      Jennifer Hopgood     (via e-mail)